CHARLES N. BOUDREAU, Appellant, v. SALVADORE TINAGERO et al., Respondents.—

546

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.